Evelyn Gray-Lewis, Appellant, *v.* Colin Gray-Lewis, Respondent.

Argued February 23, 1954; decided April 8, 1954.

*Irving A. Thau* and *Jacob D. Fuchsberg* for appellant.

*William E. Friedman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.